**MEMO ENDORSED**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
JAMES RIST, :
:
                Plaintiff, :   1:14-cv-6503 (ALC)
:
   -against- :
:   **STIPULATION OF DISMISSAL WITH**
HSBC SECURITIES (USA) INC., :   **PREJUDICE AND WITHOUT COSTS**
:
              Defendant. :
:
------------------------------------------------------------x

    THE MATTER in dispute having been amicably resolved, it is hereby stipulated an agreed by and between the undersigned that all claims asserted in the above-captioned matter are hereby dismissed in their entirety with prejudice as against all parties and without costs against any party.

Liddle & Robinson, L.L.P.
800 Third Avenue, 8th Floor
New York, New York 10022
Attorneys for Plaintiff
James Rist

By: _____
    James R. Hubbard

Dated: 4/7/_____, 2017

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Attorneys for Defendant
HSBC Securities (USA) Inc.

By: _____
    Randall W. Jackson

Dated: 4/7_____, 2017

**SO ORDERED:** _____
    **U.S.D.J.**